No. 10-5521. MATTHEWS v. CLARK COUNTY DETENTION CENTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 10-5523. WILLIAMS v. JONES ET AL. C. A. 6th Cir. Certiorari denied.

No. 10-5524. TAPLIN v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10-5526. MRINA v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 10-5527. SCOTT v. JP MORGAN CHASE BANK. C. A. 5th Cir. Certiorari denied.

No. 10-5528. SOENTGEN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10-5529. WANSLEY v. KING ET AL. C. A. 5th Cir. Certiorari denied.

No. 10-5530. VILLAFUERTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10-5531. WEBSTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10-5532. REECE v. COUNTRYWIDE HOME LOANS ET AL. C. A. 5th Cir. Certiorari denied.

No. 10-5534. DOBRE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10-5535. LEYVA v. WILLIAMS ET AL. C. A. 3d Cir. Certiorari denied.

No. 10-5536. LOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10-5537. JOHNSON v. BASINGER. C. A. 7th Cir. Certiorari denied.

No. 10-5538. KAUFMAN v. ROBINSON PROPERTY GROUP LIMITED PARTNERSHIP. C. A. 5th Cir. Certiorari denied.